6

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

John Culver §
§
versus §  CIVIL ACTION 98-33
§
Union Pacific Railroad §
Company §

Order Setting Conference

**United States District Court**
**Southern District of Texas**
**ENTERED**
**OCT 0 9 1998**
Michael N. Milby, Clerk of Court
By Deputy Clerk

1. A *final* pre-trial conference will be held on:

   January 8, 1999 at 9:00 A.m.

   in Judge Tagle's
   United States Court House
   500 Easts Tenth Street, Room 428
   Brownsville, Texas  78521.

2. To insure full notice, each party who receives this notice must send a copy of it to every other party even if they may have been sent one by the court.

3. Each party shall appear <u>in person</u> by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

4. The court will decide pending motions, narrow issues, and discuss evidence to be presented at trial. Counsel are to consult among themselves about these matters well in advance. *See* Fed. R. Civ. P. 16.

5. Each party will prepare and bring to the conference, furnishing a copy to opposing counsel at least 5 days prior to the conference:

   a. witness list, including a statement of expected testimony from each witness.

   b. exhibit list with exhibits.

   Signed October 9th, 1998, at Brownsville, Texas.

   Hilda G. Tagle
   United States District Judge

*o.*
*ptrlcnfddl.*