8

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

John Colver §
versus §
 §
Union Pacific Railroad §    Civil Action B- 98-33
Company §
 §

United States District Court
Southern District of Texas
ENTERED

NOV 16 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

## Scheduling Order

1. Motion hearing:                           __12-29__, 1998, 9:00 a.m.

2. Docket call and final pretrial conference:    __1-7__, 1999, 1:30 p.m.
   Proposed voir dire questions and jury instructions,
   IN DUPLICATE, are due at docket call

3. Jury selection:                             __1-11__, 1999, 9:00 a.m.

Direct questions about this schedule to Letty Garza, Case Manager, United States District Clerk, Post Office Box 2299, Brownsville, Texas 78522, telephone (956) 548-2628.

Signed on __November 16__, 1998, at Brownsville, Texas.

_Hilda Tagle_
Hilda G. Tagle
United States District Judge