10

Case 1:98-cv-00033  Document 10  Filed in TXSD on 12/08/1998  Page 1 of 1

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED
DEC 0 8 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

John Culver §
versus §
§
Union Pacific Railroad §
§

CIVIL ACTION B-98-33

Order Setting Hearing

1. A hearing will be held before Judge Hilda G. Tagle on:

   _1-4-99_____, 199_

   at _10:00_ A.m.

   Courtroom, Fourth Floor
   United States Court House
   500 East Tenth Street
   Brownsville, Texas 78521.

2. Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

3. The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance. See Fed. R. Civ. P. 16.

Signed on _December 8th_____, 1998, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

o.
mhrgddl.