11

UNITED STATES DISTRICT COURT   SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED
JAN 07 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

John Culver §
§
versus §   CIVIL ACTION B-98-33
§
Union Pacific Railroad §
Company

### Order Setting Conference

1. A ~~pre-trial~~ Status conference will be held on:

    _____3-2-99_____, 1998

    at __2:30 p__.m.

    Courtroom, Fourth Floor
    United States Courthouse
    500 East Tenth Street
    Brownsville, Texas 78521.

2. Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

3. The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance. *See* Fed. R. Civ. P. 16.

4. ~~For the convenience of out-of-town counsel, the court will allow them to participate by telephone. Make this request to the case manager in writing well in advance of the conference date. No confirmation will be made, and the court will initiate the call.~~

Signed on __7th January__, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

.o.
ptrlcnfddl.