14

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 12 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JOHN CULVER, | * |
| Plaintiff | * |
| | * |
| VS. | *   CIVIL ACTION NO. B-98-033 |
| | * |
| UNION PACIFIC RAILROAD | * |
| COMPANY, | * |
| Defendant | * |

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION
### FOR LEAVE TO FILE ORIGINAL THIRD PARTY COMPLAINT

CAME ON FOR CONSIDERATION, Defendant's Unopposed Motion for Leave to File Original Third Party Complaint, and the Court, after considering the evidence and argument of counsel, is of the opinion that said Motion should be GRANTED. It is therefore

ORDERED, ADJUDGED and DECREED that Defendant's Unopposed Motion for Leave to File Original Third Party Complaint is hereby GRANTED. It is further

ORDERED, ADJUDGED and DECREED that Defendant's Original Third Party Complaint, which is attached as Exhibit "A" to Defendant's Unopposed Motion for Leave to File Original Third Party Complaint, is hereby deemed filed by the Court for all purposes.

DONE at Brownsville, Texas, on this _12_ day of January, 1999.

_____
HILDA TAGLE
UNITED STATES DISTRICT JUDGE