

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 4 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| John Culver | § | |
| | § | |
| versus | § | CIVIL ACTION B-98-33 |
| | § | |
| Union Pacific R.R. Co. | § | |
| | § | |
| versus | § | |
| | § | |
| Terry Ray Constr., Inc. | § | |

### Order

BE IT REMEMBERED that on March 3, 1999, the Court considered the parties' joint motion for extension of deadlines (Dkt. No. 9) and third-party defendant TERRY RAY CONSTRUCTION, INC.'s motion to dismiss (Dkt. No. 16-1). After reviewing the motions and entire case file, the Court ORDERS:

1. Joint motion for extension of deadlines (Dkt. No. 9) is GRANTED.

2. Third-party defendant TERRY RAY CONSTRUCTION, INC.'s motion to dismiss (Dkt. No. 16-1) is GRANTED. Therefore, third-party plaintiff UNION PACIFIC RAILROAD CO.'s claim for attorney's fees is DISMISSED.

DONE at Brownsville, Texas, this third day of March 1999.

_____
Hilda G. Tagle
United States District Judge