\#21

# UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

Culver
versus
Union Pacific
v.
Terry Ray Const. Inc.

CIVIL ACTION B-98-033

## Scheduling Order

1. Trial: Estimated time to try: __5__ days.    ☐ Bench  ☑ Jury

2. New parties must be joined by:  __4/2/99__

    Furnish a copy of this scheduling order to new parties.

3. The plaintiff's experts will be named with a report furnished by:  __6/4/99__

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:  __9/17/99__

    Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.
    No continuance will be granted because of information acquired in post-deadline discovery.

6. Motions will be filed by:  __10/15/99__

*******************************************************************************

7. Joint pretrial order is due:  __11-18-99__

    The plaintiff is responsible for filing the pretrial order on time.

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:  __12-2-99__

    The case will remain on standby until tried.

Signed __Feb/March 8__, 199_9_, at Brownsville, Texas.

United States District Court
Southern District of Texas
ENTERED

MAR 0 4 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

Hilda G. Tagle
United States District Judge