United States District Court
Southern District of Texas
ENTERED
OCT 2 6 1999   32
Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

Culver §
§
versus §      CIVIL ACTION B-98-33
§
Union Pacific §

### Order Setting Hearing

1. A motion hearing will be held before Judge Hilda G. Tagle on:

   _____11-30_____, 1999

   at __3:30__ P..m.

   Courtroom, Third Floor
   United States Courthouse
   600 E. Harrison Street, #306
   Brownsville, Texas 78520.

2. Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

3. The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance. *See* Fed. R. Civ. P. 16.

Signed on __October 26th__, 1999, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge