34

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 1 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOHN CULVER, | § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. B-98-033 |
| UNION PACIFIC RAILROAD, CO., | § § § | |
| Defendant. | § § | |

### Final Order of Dismissal

1. The Court, having been advised by counsel that a settlement has been reached, dismisses this case with prejudice.

2. All pending motions (Dkt. Nos. 24 and 31) are MOOT.

3. This Court retains jurisdiction to enforce the settlement. *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 380 (1994).

DONE at Brownsville, Texas, this 24 day of November 1999.

_____
Hilda G. Tagle
United States District Judge